UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARNET SMITH,<br><br>    Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ, et al.,<br><br>    Respondent. | No. 2:26-cv-01861-SAB<br><br><br><br>**ORDER REASSIGNING CASE** |

The above-captioned case is reassigned to Judge Jamal N. Whitehead for all further proceedings. Judge Stanley A. Bastian is no longer assigned to the case.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Clerk of Court shall reassign the above-captioned case to Judge Jamal N. Whitehead.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel and Judge Whitehead.

**DATED** this 4th day of June 2026.

_____
Stanley A. Bastian
U.S. District Court

**ORDER REASSIGNING CASE ~ 1**