The Honorable Judge Jamal N. Whitehead

**DETAINED**

**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON**

Garnet SMITH,

    Petitioner,

        v.

Julio HERNANDEZ, et al.,

    Respondents.

**Case No.: 2:26-cv-01861-JNW**

**ORDER GRANTING JOINT MOTION FOR AN EXPEDITED BRIEFING SCHEDULE**

**Note For Calendar: June 3, 2026**

    Having considered the Joint Motion for an Expedited Briefing Schedule the Court GRANTS the motion. Accordingly, the Court ORDERS as follows:

1. Federal Respondents shall file a return to the habeas petition no later than June 11, 2026. The return shall be noted on the Court's motion docket for the due date of the Petitioner's traverse. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" CM/ECF filing event.

2. Any traverse by Petitioner(s) shall be filed no later than June 15, 2026.

**ORDER GRANTING JOINT BRIEFING SCHEDULE**

**Case No:  2:26-cv-01861-JNW**

3. The Motion is GRANTED. The scheduling order and deadlines, Dkt. No. 4., remains in full effect.

It is so ORDERED.

DATED this 4th day of June, 2026.

_____
JUDGE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT BRIEFING SCHEDULE**

**Case No:  2:26-cv-01861-JNW**